1
2
3
4
5
6                          UNITED STATES  DISTRICT COURT
7                          Northern District of California
8                           San Francisco Division
9

10   GERARDO HERNANDEZ,
           Plaintiffs,                          No. C 12-1467 NC

11       v.                                      **ORDER RE: ATTENDANCE AT**
     DEHOFF ENTERPRISES, Inc.,                   **MEDIATION**
12         Defendants.
                                                 Date:        October 31, 2012
13   _____/           Mediator:    Daniel Bowling

14
15
16       IT IS HEREBY ORDERED that defendant Dehoff Enterprises' insurer representative is

required under ADR L.R. 6-10(d) to appear in person at the October 31, 2012, mediation before
17
Daniel Bowling, and that the request to be excused from personal attendance is DENIED.
18
         IT IS SO ORDERED.
19
20
     October 25, 2012               By:    _Elizabeth D. Laporte_
21
     Dated                                      Elizabeth D. Laporte
22                                          United States Magistrate Judge
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**