1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GERARDO HERNANDEZ
7
   * Defendants' counsel listed after the caption
8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  GERARDO HERNANDEZ,
                                          Case No. C12-1467 NC
13              Plaintiff,
                                          Civil Rights
          v.
14                                        **CONSENT DECREE AND
   DEHOFF ENTERPRISES, INC. dba           [PROPOSED] ORDER
15  DEHOFF'S KEY MARKET;                   REGARDING INJUNCTIVE
   RICHARD DELUCCHI,                       RELIEF, DAMAGES, ATTORNEY
16  CLAUDETTE J. VOGEL, DORINE C.          FEES, LITIGATION EXPENSES,
   SECREST and SUSAN B. SANCHEZ            AND COSTS**
17  as Trustees of THE SURVIVOR'S
   TRUST, as Trustees of THE QTIP-GST
18  TRUST, and as Trustees of THE
   MARITAL TRUST, Inclusive, under
19  THE DELUCCHI FAMILY TRUST;
   and DOES 1-10, Inclusive,
20
              Defendants.
21
   GORDON & REES
22  KEVIN D. WHITTAKER, ESQ. (State Bar No. 224700)
   275 Battery St., Suite 2000
23  San Francisco, CA 9111
   Telephone: 415/986-5900
24  Facsimile: 415/986-8054
   kwhittaker@gordonrees.com
25
   Attorneys for Defendant
26  DEHOFF ENTERPRISES, INC.

27  CONSENT DECREE & ORDER
   AS TO INJUNCTIVE RELIEF, DAMAGES,
28  ATTORNEY FEES, LITIGATION EXPENSES,
   AND COSTS
   Case No. C12-1467 NC
   C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

dba DEHOFF'S KEY MARKET

CARR MCCLELLAN INGERSOLL THOMPSON & HORN
ROBERT BLEICHER, ESQ. (State Bar No. 111334)
216 Park Road
Burlingame, CA 94010
Telephone: 650/342-9600
Facsimile: 650/342-7685
rbleicher@carr-mcclellan.com

Attorneys for Defendants
DELUCCHI MARSH MANOR VENTURES LP and DELUCCHI MARSH
MANOR MANAGEMENT, LLC

1.      Plaintiff GERARDO HERNANDEZ filed a Complaint in this action

on March 23, 2012 to obtain recovery of damages for his discriminatory

experiences, denial of access, and denial of his civil rights, and to enforce

provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.

§§ 12101 *et seq.*, and California civil rights laws against Defendants DEHOFF

ENTERPRISES, INC. dba DEHOFF'S KEY MARKET; DELUCCHI MARSH

MANOR VENTURES LP and DELUCCHI MARSH MANOR MANAGEMENT,

LLC, incorrectly named herein as RICHARD DELUCCHI, CLAUDETTE J.

VOGEL, DORINE C. SECREST and SUSAN B. SANCHEZ as Trustees of THE

SURVIVOR'S TRUST, as Trustees of THE QTIP-GST TRUST, and as Trustees of

THE MARITAL TRUST, Inclusive, under THE DELUCCHI FAMILY TRUST

(all defendants sometimes referred to as "Defendants"), relating to the condition of

Defendants' public accommodations as of December 17, 2011, and continuing.

- 2 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1   Plaintiff has alleged that Defendants violated Title III of the ADA and sections 51,

2   52, 54, 54.1, 54.3, and 55 of the California Civil Code, and sections 19955 *et seq.*

3   of the California Health & Safety Code by failing to provide full and equal access

4

5   to their facilities at 3640 Florence St., Redwood City, California.

6         2.      Plaintiff and Defendants (together sometimes the "Parties") hereby

7   enter into this Consent Decree and Order for the purpose of resolving all aspects of

8

9   this lawsuit without the need for protracted litigation.

10

11   **JURISDICTION:**

12

13         3.      The Parties to this Consent Decree and Order agree that the Court has

14   jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations

15   of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.*

16

17   and pursuant to supplemental jurisdiction for alleged violations of California

18   Health & Safety Code sections 19955 *et seq.*; Title 24, California Code of

19   Regulations; and California Civil Code sections 51, 52, 54, 54.1, 54.3, and 55.

20

21         4.      In order to avoid the costs, expense, and uncertainty of protracted

22   litigation, the Parties to this Consent Decree and Order agree to entry of this

23

24   Consent Decree and Order to resolve all claims raised in the Complaint filed with

25

26

27                                          - 3 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
28   ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1  this Court.  Accordingly, the Parties agree to the entry of this Order without trial or

2  further adjudication of any issues of fact or law concerning Plaintiff's claims.

3  WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate

4
5  to the Court's entry of this Consent Decree and Order, which provide as follows:

6
7  **SETTLEMENT OF INJUNCTIVE RELIEF:**

8
9  5.     This Order shall be a full, complete, and final disposition and

10  settlement of Plaintiff's claims against Defendants that have arisen out of the

11  subject Complaint.

12
13  6.     The Parties agree and stipulate that the corrective work will be

14  performed in compliance with the standards and specifications for disabled access

15  as set forth in the California Code of Regulations, Title 24-2, and Americans with

16
17  Disabilities Act Accessibility Guidelines, unless other standards are specifically

18  agreed to in this Consent Decree and Order.

19
20  a)     **Remedial Measures:** The corrective work agreed upon by the

21  Parties is set forth in **Attachment A**, a draft report by Plaintiff's access consultant,

22  Jonathan Adler.  Mr. Adler's report that is **Attachment A** is attached and

23
24  incorporated herewith.  Defendants agree to undertake all of the respective

25  remedial work as set forth therein as follows:  Defendants DELUCCHI MARSH

26
- 4 -

27

28

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1  MANOR VENTURES LP and DELUCCHI MARSH MANOR MANAGEMENT,

2  LLC, shall undertake and complete items A1-A6 and item B1 in Attachment A;

3  Defendants DEHOFF ENTERPRISES, INC. dba DEHOFF'S KEY MARKET shall

4

5  undertake and complete items C1-C2 and D1-D8 in Attachment A.

6          b)     **Timing of Injunctive Relief**:  Defendants will complete all

7  work by June 1, 2013.  In the event that unforeseen difficulties prevent Defendants

8

9  from completing any of the agreed-upon injunctive relief, Defendants or their

10  counsel will notify Plaintiff's counsel in writing within 5 days of discovering the

11  delay.  Plaintiff will have thirty (30) days to investigate and meet and confer, and

12

13  to approve the delay by stipulation or otherwise respond to Defendants' notice.  If

14  the Parties cannot reach agreement regarding the delay within an additional fifteen

15  days, Plaintiff may seek enforcement by the Court.  Defendants or their counsel

16

17  will notify Plaintiff's counsel when the corrective work is completed, and in any

18  case will provide a status report to Plaintiff's counsel no later than 90 days from

19

20  the Parties' signing of this Consent Decree and Order.

21          c)     Defendants will notify Plaintiff in writing at the end of 90 days

22  from the Parties' signing of this Consent Decree and Order as to the current status

23  of agreed-to injunctive relief, and every 90 days thereafter until all access is

24

25  provided.  If Defendants fail to provide injunctive relief on the agreed upon

26

27  - 5 -

28
CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1  timetable and/or fail to provide timely written status notification, and Plaintiff files

2  a motion with the Court to obtain compliance with these terms, Plaintiff reserves

3  the right to seek additional attorneys' fees for any compliance work necessitated by

4

5  Defendants' failure to keep this agreement.  If the Parties disagree, such fees shall

6  be set by the Court.

7

8

9  **DAMAGES, ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS:**

10

11         7.      The Parties have reached an agreement as to Plaintiffs'

12  damages.  Defendants shall pay to Plaintiff the amount of $23,000 to be paid in

13  trust for Gerardo Hernandez as full and final resolution of his claims for all civil

14

15  rights, statutory, actual, and personal injury damages, including, but not limited to,

16  general, compensatory, and special damages.  Payment shall be made by one check

17  made payable to "Paul L. Rein in Trust for GERARDO HERNANDEZ."  Payment

18

19  shall be received at the Law Offices of Paul L. Rein, 200 Lakeside Drive, Suite A,

20  Oakland, CA 94612 no later than December 28, 2012.

21

22         8.      Defendants shall also pay and deliver a total of $39,000 for Plaintiff's

23  attorney fees, litigation expenses, and costs (which includes expert consultant fees

24  of $5,401), with payment to be made to "PAUL L. REIN," and received at the Law

25

26  Offices of Paul L. Rein, 200 Lakeside Drive, Suite A, Oakland, CA 94612 no later

27

28

- 6 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

than December 28, 2012. Plaintiff's attorneys' office shall provide Defendants with a W-9 for all payments described in paragraphs 7 and 8 of this Consent Decree.

**ENTIRE CONSENT DECREE AND ORDER:**

9. This Consent Decree and Order and **Attachment A** constitute the entire agreement between the signing Parties and no other statement, promise, or agreement, either written or oral, made by any of the Parties or agents of any of the Parties that is not contained in this written Consent Decree and Order, shall be enforceable regarding the matters described herein.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

10. This Consent Decree and Order shall be binding on Plaintiff, Defendants, and any successors-in-interest. Defendants have a duty to so notify all such successors-in-interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

//

- 7 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

## MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542:

11.    Each of the Parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer, or experience some further loss or damage with respect to the lawsuit that is unknown or unanticipated at the time this Consent Decree and Order is signed.  Except for all obligations required in this Consent Decree and Order and any claims or potential claims expressly reserved in this Consent Decree, including claims for indemnification or contribution between the Defendants, the Parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit, except those caused by the Parties subsequent to the execution of this Consent Decree and Order.  Therefore, except for all obligations required in this Consent Decree and Order and any claims or potential claims expressly reserved in this Consent Decree, including claims for indemnification or contribution between the Defendants, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions, and causes of action by the Parties to this Consent Decree with respect to the lawsuit, whether the same are known, unknown, or hereafter discovered or ascertained, and the provisions of Section 1542 of the

- 8 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

California Civil Code are hereby expressly waived. Section 1542 provides as follows:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

Claims for indemnification or contribution between the Defendants are expressly preserved and are not waived by this Consent Decree and Order.

12.     Except for all obligations required in this Consent Decree and Order – and exclusive of the referenced potential claims expressly reserved in this Consent Decree, including claims for indemnification or contribution between the Defendants – each of the Parties to this Consent Decree and Order, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners, and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit. Notwithstanding the foregoing, the Defendants do not waive or release, but instead

- 9 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

explicitly preserve, their rights to seek contribution, apportionment,

indemnification, and all other appropriate relief from each other in connection with

this Lawsuit and settlement thereof.

## TERM OF THE CONSENT DECREE AND ORDER:

13.    This Consent Decree and Order shall be in full force and effect -- and

the Court shall retain jurisdiction of this action to enforce provisions of this

Consent Decree and Order -- for a period of eighteen (18) months after the date of

entry of this Consent Decree and Order by the Court, or until the injunctive relief

contemplated by this Order is completed, whichever occurs later.

## SEVERABILITY:

14.    If any term of this Consent Decree and Order is determined by any

court to be unenforceable, the other terms of this Consent Decree and Order shall

nonetheless remain in full force and effect.

## SIGNATORIES BIND PARTIES:

15.    Signatories on the behalf of the Parties represent that they are

authorized to bind the Parties to this Consent Decree and Order.  This Consent

- 10 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1   Decree and Order may be signed in counterparts and a facsimile signature shall

2   have the same force and effect as an original signature.

3

4

5                           **END OF PAGE.**

6   **SIGNATURES CONTINUE ON THE NEXT PAGE AND ORDER IS AT**
    **THE END OF THE DOCUMENT.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 11 -

27  CONSENT DECREE & ORDER
    AS TO INJUNCTIVE RELIEF, DAMAGES,
28  ATTORNEY FEES, LITIGATION EXPENSES,
    AND COSTS
    Case No. C12-1467 NC
    C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

Dated: _12/4_, 2012          PLAINTIFF GERARDO HERNANDEZ

GERARDO HERNANDEZ

Dated: _____, 2012        DEFENDANT DEHOFF ENTERPRISES, INC.
                             dba DEHOFF'S KEY MARKET

By: _____

Print name: _Chris Dehoff_

Title: _President_

Dated: _12/4/12_, 2012       DEFENDANTS DELUCCHI MARSH MANOR
                             MANAGEMENT, LLC and DELUCCHI
                             MARSH MANOR VENTURES LP

DORINE C. SECREST
Manager, DELUCCHI MARSH MANOR
MANAGEMENT, LLC, General Partner of
DELUCCHI MARSH MANOR VENTURES LP

- 12 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

APPROVED AS TO FORM:

DATED: 12/4 , 2012       **LAW OFFICES OF PAUL L. REIN**

                        By: _____
                            Catherine Cabalo, Esq.
                        Attorneys for Plaintiff
                        GERARDO HERNANDEZ

DATED: 12/4 , 2012       **GORDON & REES**

                        By: _____
                            Kevin D. Whittaker, Esq.
                        Attorneys for Defendant
                        DEHOFF ENTERPRISES, INC. dba
                        DEHOFF'S KEY MARKET

DATED: 12/4 , 2012       **CARR MCCLELLAN INGERSOLL
                        THOMPSON & HORN**

                        By: _____
                            Robert Bleicher, Esq.
                        Attorneys for Defendants
                        DELUCCHI MARSH MANOR
                        MANAGEMENT, LLC and DELUCCHI
                        MARSH MANOR VENTURES LP

- 13 -

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc

1

### ORDER
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

2

3

4

Dated: <u>December 6,</u> , 2012

5

Honorable Nathanael Cousins
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 14 -

27

CONSENT DECREE & ORDER
AS TO INJUNCTIVE RELIEF, DAMAGES,
ATTORNEY FEES, LITIGATION EXPENSES,
AND COSTS
Case No. C12-1467 NC

28

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\~9793753.doc