1
2
3
4

# UNITED STATES DISTRICT COURT

5

### Northern District of California

6  Hernandez,                                    No. C 12-01467 NC MED

7         Plaintiff(s),                          **Certification of ADR Session**

        v.

8  Dehoff Enterprises, Inc,

9         Defendant(s).

10  *Instructions:* *The neutral shall submit this Certification to the ADR unit within 14*

11  *days after completing an ADR Session even if the ADR process continues. The*

12  *ADR unit will file the Certification, so do not make ANY additional comments on*

13  *this page - simply fill in the blanks and check the appropriate boxes.*

14  1    We hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE

15       session on (date) _12/4/12_

16  2.   Did the case settle?

17       ☑ Yes, fully.

18       ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

19       ☐ Yes, partially, and further facilitated discussions are *not* expected.

20       ☐ No, and further facilitated discussions are expected. (see no. 3, below)

21       ☐ No, and further facilitated discussions are *not* expected.

22  3.   If further facilitated discussions are expected, by what date will you check in

23       with the parties? _____

24  4.   **IS THIS ADR PROCESS COMPLETE?**   ☑ YES          ☐ NO

25

26  **Mediator, Richard Whitmore**          **Mediator, Daniel Bowling**

27  Liebert Cassidy Whitmore               ADR Program
    153 Townsend Street, Suite 520         450 Golden Gate Ave., 16th Fl.

28  San Francisco, CA 94107                San Francisco, CA 94102

United States District Court
Northern District of California